UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
Wilkes-Barre Division

IN RE:

SHERON MCKAY
  AKA SHERON E. MCKAY

         Debtor

LOANDEPOT.COM, LLC

      Movant

v.

SHERON MCKAY
  AKA SHERON E. MCKAY
     (Debtor)

JACK N ZAHAROPOULOS
     (Trustee)

     Respondents

Chapter 13
Case No. 25-02536-MJC

Ref. Dkt. No. 18

## **PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK:

     Please mark the Objection to Confirmation, filed on October 10, 2025 as Doc. #18, as withdrawn without prejudice.

Date: December 12, 2025

                        Respectfully Submitted,

                        */s/Eliza Garifullina*
                        Eliza Garifullina, Esq. PA 336983
                        Michele M. Bradford, Esq. PA 69849
                        Orlans Law Group PLLC
                        Attorney for loanDepot.com, LLC
                        200 Eagle Road, Bldg 2, Suite 120
                        Wayne, PA 19087
                        (484) 367-4191
                        Email: egarifullina@orlans.com
                        mbradford@orlans.com
                        File Number: 25-012312