Fill in this information to identify the case:

Debtor 1 Sheron McKay, AKA Sheron E. McKay

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number 25-02536-MJC

**Official Form 410S2**
**Notice of Postpetition Mortgage Fees, Expenses, and Charges**            12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor**: loanDepot.com, LLC            **Court claim no.** (if known): 5-1

**Last four digits** of any number you use to identify the debtor's account:   3088

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney's fees | 10/2/25 Plan Review @ 612.50; 10/28/25 Objection to Confirmation@700.00 | (3) | $ 1,312.50 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of Claim fees | 9/22/25 410A Form@325; 10/14/25 Proof of Claim@612.50 | (5) | $ 937.50 |
| 6. Appraisal/broker's price opinion fees | | (6) | $ |
| 7. Property Inspection Fees | | (7) | $ |
| 8. Tax Advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. | _____ | (11) | $ |
| 12. | _____ | (12) | $ |

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        Page 1

| | | | |
|---|---|---|---|
| 13. | _____ | (13) | $ |
| 14. | _____ | (14) | $ |
| 15. Total | | (15) | $ 2,250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Debtor1 <u>Sheron McKay, AKA Sheron E. McKay</u>  Case Number (*If known*):25-02536
    First Name  Middle Name  Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

    */s/Eliza Garifullina*
------------------------------------------------------------------
Signature                        Date: 11/24/25

**Print:**
  Eliza Garifullina, Esq. PA 336983        Title   Attorney for loanDepot.com, LLC

First Name  Middle Name  Last Name

  Company    Orlans Law Group PLLC

  Address    200 Eagle Road, Bldg 2, Suite 120
        Number    Street

         Wayne, PA 19087

Contact phone   (484) 367-4191          Email   egarifullina@orlans.com

Official Form 410S2  **Notice of Postpetition Mortgage Fees, Expenses, and Charges**  Page 3

Case 5:25-bk-02536-MJC Doc Filed 11/24/25 Entered 11/24/25 12:15:03 Desc
Main Document Page 3 of 3